No. 04–6086. NELSON v. HOWERTON, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 04–6089. ANDERSON v. HATCHER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6091. MOODY v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 04–6092. MILLER v. TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 04–6098. MACON v. HARTFORD POLICE DEPARTMENT. C. A. 2d Cir. Certiorari denied.

No. 04–6099. ARROYO v. GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6106. ELCHAHED v. CITY OF LAS VEGAS, NEVADA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–6108. NEWTON v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–6113. SMITH v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS. C. A. 10th Cir. Certiorari denied.

No. 04–6114. SMYRE v. YOUNG, WARDEN. Sup. Ct. Va. Certiorari denied.

No. 04–6117. LOTUS v. COLORADO. Dist. Ct. Colo., Teller County. Certiorari denied.

No. 04–6118. KOSTER v. LUDWICK, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–6127. GRAZIANO v. CUNNINGHAM, SUPERINTENDENT, WOODBURNE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–6129. GRANT v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 04–6137. LIMEHOUSE v. STEAK & ALE RESTAURANT CORP. ET AL. Sup. Ct. Del. Certiorari denied.